IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VINCENT ANTHONY CORTLESSA, SR.,**<br>Plaintiff,<br><br>v.<br><br>**CHESTER COUNTY, et al.,**<br>Defendants. | **CIVIL ACTION**<br><br><br><br>**NO. 13-1697** |

**O R D E R**

**AND NOW**, this 9th day of January 2014, upon consideration of Defendant Chester County's Motion to Dismiss (ECF 15), Defendants the Borough of Downingtown and Detective Pamila Fentner's Partial Motion to Dismiss (ECF 16), and Plaintiff's response thereto (ECF 17), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendant Chester County's Motion to Dismiss is **GRANTED** without prejudice;

2. Defendant Borough of Downingtown's Motion to Dismiss is **GRANTED** without prejudice;

3. Plaintiff's claims against Detective Fentner may proceed;

4. If Plaintiff can, in accordance with the Federal Rules of Civil Procedure and legal principles, state a <u>Monell</u> claim against Chester County and/or the Borough of Downingtown, he may file an Amended Complaint within 14 days.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-1697 cortlessa v. chester cty\13cv1697.010914.MTD Order.docx